IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 09-cv-00441-BNB

ARTHUR A. OLIVER,

    Applicant,

v.

R. WILEY,

    Respondent.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 27 2009

GREGORY C. LANGHAM
CLERK

## ORDER DRAWING CASE

Upon completion of the Court's review pursuant to D.C.COLO.LCivR 8.2C, the Court has determined that this case does not appear to be appropriate for summary dismissal. Therefore, the case will be drawn to a district judge and to a magistrate judge. *See* D.C.COLO.LCivR 8.2D. Accordingly, it is

ORDERED that this case shall be drawn to a district judge and to a magistrate judge.

DATED April 27, 2009, at Denver, Colorado.

                                                            BY THE COURT:

                                                            s/ Boyd N. Boland
                                                             United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 09-cv-00441-BNB

Arthur A. Oliver
Reg. No. 07403-091
FPC- Florence
PO Box 5000
Florence, CO 81226-5000

Jamie L. Mendelson
Assistant United States Attorney
**DELIVERED ELECTRONICALLY**

     I hereby certify that I have mailed a copy of the **ORDER** to the above-named individuals on 4/27/09

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk